# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GINA M. WRIGHT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-13-0200-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff Gina M. Wright brings this action seeking judicial review pursuant to 42 U.S.C. §405(g) of the final decision of the defendant Commissioner denying plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act. Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on August 8, 2014, doc. no. 16 (the Report), recommending that the Commissioner's decision be reversed and remanded for further proceedings consistent with the Report. The Report advised the parties of their right to file written objections to the Report and Recommendation by August 22, 2014. The Report also advised that failure to make timely objection to the Report waives appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **REVERSED** and **REMANDED**.

Dated this 26th day of August, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0200p002.wpd